PROB 35

# ORDER TERMINATING PROBATION
# PRIOR TO EXPIRATION DATE

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number:  1:06CR00098-002** |
| ) | |
| **CHERYL L. TATE** ) | |
| ) | |

On July 28, 2006, the above-named was placed on Probation for a period of 3 years.  She has complied with the rules and regulations of supervision.  It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

/s/ Thomas A. Burgess

**THOMAS A. BURGESS
Supervising United States Probation Officer**

Dated:       August 12, 2008
             Bakersfield, California

**Re:   Cheryl L. TATE**
      **Docket Number:   1:06CR00098-002**
      **ORDER TERMINATING PROBATION**
      **PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:   August 12, 2008**                    **/s/ Oliver W. Wanger**
                                         UNITED STATES DISTRICT JUDGE